UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

YISROEL GEISKINSKY,
*on behalf of himself and all other*
*similarly situated consumers*

                Plaintiff,

                                                        JUDGMENT
                                                        17-CV-06121 (ARR)

     v.

UNITED COLLECTION BUREAU, INC.,

                Defendant.
------------------------------------------------------------ X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 9, 2019, dismissing this case since plaintiff has not responded to defendant's notice of supplemental authority pursuant to the April 5, 2019 Notice; and directing the Clerk of Court to enter judgment accordingly and close this case; it is

       ORDERED and ADJUDGED that pursuant to the April 5, 2019 Notice, the case is dismissed since plaintiff has not responded to defendant's notice of supplemental authority; and that the judgment is hereby entered; and that the case is closed.


Dated: Brooklyn, NY                                                              Douglas C. Palmer
April 10, 2019                                                                Clerk of Court

                                                                                        By: */s/Tiffany Campbell*
                                                                                              Deputy Clerk